ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-82, Mortgage Pass-Through Certificates, Series 2005-82*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-82, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-82,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; LIBERTY AT PARADISE COMMUNITY ASSOCIATION; a Nevada Domestic Non Profit Corporation; TIMOTHY HANSON, an individual; DOE INDIVIDUALS I-X; and ROE CORPORATIONS X-XX,<br><br>Defendants. | Case No. 2:18-cv-01375-JAD-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |

The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-82, Mortgage Pass-Through Certificates, Series 2005-82 (**BoNYM**), and SFR Investments Pool 1, LLC (**SFR**), hereby stipulate and agree that the parties shall have an additional seven (7) days, up to and including **October 18,**

60340490;1

1  **2021**, to file the joint pretrial order, which is currently due on October 11, 2021, pursuant to ECF
2  No. 113.
3      The parties request this extension because BoNYM's loan at issue in the current litigation is
4  subject to an internal foreclosure moratorium due to COVID-19. BoNYM is seeking confirmation to
5  proceed with trial for this judicial foreclosure action, but it has not yet received confirmation.
6      This is the parties' first request for an extension of this deadline, and is not intended to cause
7  any delay or prejudice to any party.
8      DATED this 8th day of October, 2021.

| AKERMAN LLP | KIM GILBERT EBRON |
|---|---|
| /s/ Natalie L. Winslow | /s/ Diana S. Ebron |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-82, Mortgage Pass-Through Certificates, Series 2005-82* | DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No. 2:18-cv-01375-JAD-VCF

DATED: 10-8-2021

2

60340490;1