KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-82, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-82,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; LIBERTY AT PARADISE COMMUNITY ASSOCIATION, a Nevada domestic non-profit corporation; TIMOTHY HANSON, an individual; DOE INDIVIDUALS I-X and ROE CORPORATIONS X-XX,<br><br>Defendants. | Case No.: 2:18-cv-01375-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEFS** |

 SFR Investments Pool 1, LLC ("SFR") and Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-82, Mortgage Pass-Through Certificates Series 2005-82 ("BONY"), by and through their respective counsel of record, hereby stipulate as follow:

 1. On February 23, 2022, a Bench Trial was held before this Court wherein a discussion was held regarding supplemental briefing.

 2. It was decided that SFR's supplemental brief would be due 5 days from the date of the trial on February 28, 2022, and BONY's reply brief would be due five days from then on March

- 1 -

7, 2022.

3.  Due to a sudden 3 day illness, counsel for SFR has been unable to meet the February 28, 2022, deadline.

4.  The parties hereby stipulate and agree to extend the deadline for SFR to file its supplemental brief to March 2, 2002, and the deadline for BONY's reply brief to March 9, 2022.

This is a first request for the extension of said deadline and it is not made to cause delay or prejudice any party. This extension will allow SFR and BONY to concisely brief the issues presented.

Dated this 28th day of February, 2022.

| **HANKS LAW GROUP** | **AKERMAN LLP** |
|---|---|
| */s/ Karen L. Hanks* | */s/ Scott R. Lachman* |
| Karen L. Hanks, Esq. | Scott R. Lachman, Esq. |
| Nevada Bar No. 9578 | Nevada Bar No. 12016 |
| 7625 Dean Martin Drive, Suite 110 | 1635 Village Center Circle, Suite 200 |
| Las Vegas, Nevada 89139 | Las Vegas, Nevada 89144 |
| *Attorneys for SFR Investments Pool 1, LLC* | *Attorneys for Bank of New York Mellon fka The Bank of New York* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
March 1, 2022