AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Bank of New York Mellon,

    Plaintiff,

v.

SFR Investment Pool, 1, LLC, et al.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-01375-JAD-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered:
- In favor of Plaintiff the Bank of New York Melon on its first cause of action for quiettitle (based on a tender theory), declaring that the deed of trust recorded in the Clark County Public Records on August 25, 2005, as Document Number 2005-0825-0001506 survived the 2014 foreclosure sale and remains an encumbrance upon the property;
- In favor of Plaintiff the Bank of New York Melon on its third cause of action for judicial foreclosure; and
- In favor of Defendants Liberty at Paradise Community Association and SFR Investments Pool 1, LLC on the bank's fourth cause of action for breach of NRS 112.190.

 September 26, 2022              DEBRA K. KEMPI
 Date                      Clerk



                     /s/ T. Roush-Wallace
                     Deputy Clerk