ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
ANONA SU, ESQ.
Nevada Bar No. 16140
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: anona.su@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for The Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-82, Mortgage Pass-Through Certificates, Series 2005-82*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-82, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-82,

Plaintiff,

vs.

SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; LIBERTY AT PARADISE COMMUNITY ASSOCIATION; a Nevada Domestic Non Profit Corporation; TIMOTHY HANSON, an individual; DOE INDIVIDUALS I-X; and ROE CORPORATIONS X-XX,

Defendants.

Case No.: 2:18-cv-01375-JAD-VCF

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-82, MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2005-82 TO REPLY TO ITS MOTION TO AMEND JUDGMENT (DKT. 159)**

**(FIRST REQUEST)**

ECF Nos. 159, 162

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

77361024;1

The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-82, Mortgage Pass-Through Certificates, Series 2005-82 (**BoNYM**) and SFR Investments Pool 1, LLC by and through their respective counsel of record, hereby stipulate and agree as follows:

1. BoNYM filed its motion to amend judgment pursuant to FRCP 60(a) on July 3, 2024. Dkt. 159.

2. SFR filed its opposition to BoNYM's motion on July 17, 2024. Dkt. 160.

3. The parties hereby stipulate and agree BoNYM shall have an additional nineteen (19) days to file its reply to its motion to amend judgment. The new deadline for BoNYM's reply shall be August 12, 2024.

4. This is the first request for an extension of this deadline and this request is made in good faith and not for purposes of delay.

5. This court's hearing on the motion to amend remains set for August 19, 2024.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| _/s/ Anona Su_ | _/s/ Chantel M. Schimming_ |
| ARIEL E. STERN, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 9578 |
| NATALIE L. WINSLOW, ESQ. | CHANTEL M. SCHIMMING, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 8886 |
| ANONA SU, ESQ. | 7625 Dean Martin Drive, Suite 110 |
| Nevada Bar No. 16140 | Las Vegas, Nevada 89139 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, Nevada 89134 | *Attorney for SFR Investments Pool 1, LLC* |
| | |
| *Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for The Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-82, Mortgage Pass-Through Certificates, Series 2005-82* | |

**AKERMAN LLP**

1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

77361024;1

<u>**ORDER**</u>

Based upon the stipulation of the parties [ECF No. 162], and good cause appearing,

**IT IS HEREBY ORDERED** BoNYM's deadline to file its reply in support of its motion to amend

the judgment [ECF No. 159] is extended to August 12, 2024.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 24, 2024

**AKERMAN LLP**

_/s/ Anona Su_
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
ANONA SU, ESQ.
Nevada Bar No. 16140
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for The Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-82, Mortgage Pass-Through Certificates, Series 2005-82*

77361024;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572