KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-82, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-82,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; LIBERTY AT PARADISE COMMUNITY ASSOCIATION, a Nevada domestic non-profit corporation; TIMOTHY HANSON, an individual; DOE INDIVIDUALS I-X and ROE CORPORATIONS X-XX,<br><br>Defendants. | Case No. 2:18-cv-01375-JAD-VCF<br><br>**STIPULATION AND ORDER TO MOVE HEARING TO ALTERNATE DATE**<br><br>**(First Request)**<br><br>ECF Nos. 159, 165 |

SFR Investments Pool 1, LLC ("SFR") and the Bank of New York Mellon ("BNY Mellon") hereby stipulate and agree that the hearing set for August 19, 2024 at 2:30 p.m. [ECF No. 161] be moved to a date available on the Court's calendar. The parties offer the following available dates from their end: September 9, 10, 23, 30, 2024.

/ / /

/ / /

- 1 -

77615442;1

The request is made because SFR's counsel, Chantel Schimming's father passed away last week, and she will still be out of town on the date of the hearing. SFR's other counsel, Karen Hanks, is acting as an arbitrator for a fee dispute committee arbitration at 1 p.m. that same afternoon.

This is the first request to move this hearing and is not intended to cause any delay or prejudice to any party.

DATED this 12th day of August, 2024.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Anona Su*<br>ANONA SU, ESQ.<br>Nevada Bar No. 16140<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for The Bank of New York Mellon* | */s/ Karen L. Hanks*<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

### ORDER

Based on the parties' stipulation [ECF No. 165] and with good cause appearing, IT IS SO ORDERED. The hearing on the motion to amend judgment [ECF No. 159] is continued to September 9, 2024, at 2:30 p.m.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 13, 2024

77615442;1