KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-82, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-82,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; LIBERTY AT PARADISE COMMUNITY ASSOCIATION, a Nevada domestic non-profit corporation; TIMOTHY HANSON, an individual; DOE INDIVIDUALS I-X and ROE CORPORATIONS X-XX,<br><br>Defendants. | Case No. 2:18-cv-01375-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SFR INVESTMENTS POOL 1, LLC TO FILE A RESPONSE TO PLAINTIFF BANK OF NEW YORK MELLON'S MOTION TO AMEND JUDGMENT PURSUANT TO FRCP 60(b)(6)**<br><br>(FIRST REQUEST)<br><br>[ECF No. 169] |

SFR Investments Pool 1, LLC ("SFR") and the The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-82, Mortgage Pass-Through Certificates Series 2005-82 ("BNYM"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. BNYM filed its Motion to Amend Judgment Pursuant to FRCP 60(b)(6) on October 3, 2024 ("BNYM's Motion"). [ECF No. 168].

2. SFR's Response is currently due October 17, 2024.

- 1 -

77615442;1

3. The parties hereby stipulate and agree SFR shall have an additional 7 days to file its Response to BNYM's Motion. The new deadline for SFR's Response shall be October 24, 2024.

4. This request is made because SFR's counsel handling the briefing in this matter just returned to Nevada after handling the affairs of her father, who passed away in August, and she needs additional time to complete the response.

5. This is the first request for an extension of this deadline and this request is made in good faith and not for purposes of delay or prejudice to any party.

DATED this 16th day of October, 2024.    DATED this 16th day of October, 2024.

...MAN LLP                                **HANKS LAW GROUP**

...ona Su                                 /s/ Chantel M. Schimming
...NA SU, ESQ.                            KAREN L. HANKS, ESQ.
...da Bar No. 16140                       Nevada Bar No. 9578
...Village Center Circle, Suite 200       CHANTEL M. SCHIMMING, ESQ.
...egas, NV 89134                         Nevada Bar No. 8886
                                          7625 Dean Martin Drive, Suite 110
...eys for The Bank of New York Mellon    Las Vegas, NV 89139

                                          *Attorneys for SFR Investments Pool 1, LLC*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: October 17, 2024

- 2 -

77615442;1