ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
ANONA SU, ESQ.
Nevada Bar No. 16140
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: anona.su@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for The Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-82, Mortgage Pass-Through Certificates, Series 2005-82*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-82, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-82,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; LIBERTY AT PARADISE COMMUNITY ASSOCIATION; a Nevada Domestic Non Profit Corporation; TIMOTHY HANSON, an individual; DOE INDIVIDUALS I-X; and ROE CORPORATIONS X-XX,<br><br>Defendants. | Case No.: 2:18-cv-01375-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-82, MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2005-82 TO REPLY SUPPORTING ITS MOTION TO AMEND JUDGMENT (DKT. 168)**<br><br>**(FIRST REQUEST)**<br><br>ECF No. 172 |

78551402;1

The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-82, Mortgage Pass-Through Certificates, Series 2005-82 (**BoNYM**) and SFR Investments Pool 1, LLC by and through their respective counsel of record, hereby stipulate and agree as follows:

1. BoNYM filed its motion to amend judgment pursuant to FRCP 60(b)(6) on October 3, 2024. Dkt. 168.

2. SFR filed its opposition to BoNYM's motion on October 24, 2024. Dkt. 171.

3. The parties hereby stipulate and agree BoNYM shall have an additional fourteen (14) days to file its reply to its motion to amend judgment. The new deadline for BoNYM's reply shall be November 14, 2024.

4. This is the first request for an extension of this deadline and this request is made in good faith and not for purposes of delay.

5. No hearing has been set for this motion.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| /s/ Anona Su | /s/ Chantel M. Schimming |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>ANONA SU, ESQ.<br>Nevada Bar No. 16140<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for The Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-82, Mortgage Pass-Through Certificates, Series 2005-82* | KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorney for SFR Investments Pool 1, LLC* |

## ORDER

Based on the parties' stipulation [ECF No. 172] and with good cause appearing, IT IS ORDERED that the deadline for Plaintiff Bank of New York Mellon to file its reply in support of the motion to amend judgment [ECF No. 168] is EXTENDED to 11/14/24.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 13, 2024,
nunc pro tunc to October 31, 2024